IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRELL MICKLES, # 11733-003,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 21-0344-JB-N** |
| **UNITED STATES OF AMERICA,** | : |
| Defendant. | : |

# JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C.§ 1915(g).

**DONE and ORDERED** this 18th day of October, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE